L. Tegan Rodkey
(SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff*
*Thelma Olgiati*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA OLGIATI,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | Case No.: 4:21-cv-10035-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' stipulation of dismissal with prejudice of Defendant Credit Control, LLC. After careful review, and good cause appearing;

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice with attorneys' fees and costs to be paid as indicated in the parties settlement agreement. The clerk of court shall dismiss this matter as there are no remaining defendants.

**IT IS SO ORDERED** this __16th__ day of __November__, 2022.

BY THE COURT: ___/s/ Jeffrey S. White___
The Honorable Jeffrey S. White
U.S. District Court Judge

- 1 -